FILED
JAN 27 2011
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 11-7-GFVT
    29 U.S.C. § 501(c)

MAX EDWIN MESSAMORE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about February 28, 2006, and continuing through on or about December 24, 2007, in Pulaski County, in the Eastern District of Kentucky,

**MAX MESSAMORE,**

while an officer, that is, President of the National Association of Letter Carriers Branch 2039, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys and funds of said labor organization in the approximate amount of $2,293.77, in violation of 29 U.S.C. § 501(c).

A TRUE BILL

_____
FOREPERSON

_____
KERRY B. HARVEY
UNITED STATES ATTORNEY

## PENALTIES

Not more than 5 years imprisonment, a $10,000.00 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.