Case: 6:11-cr-00007-GFVT-HAI   Doc #: 1-1   Filed: 01/27/11   Page: 1 of 1 - Page ID#: 3

...

# *Criminal*
# *Case Assignment*

Case number **6:11-CR-7**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

Assigned on 01/27/2011

 .....