No. _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

## UNITED STATES OF AMERICA

v.

## MAX EDWIN MESSAMORE


Eastern District
F
JAN 27 2011
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

# INDICTMENT

29/501(c) - Embezzlement of Assets, 1 count

**A TRUE BILL**

Stephen D. Knabel

FOREPERSON

Filed in Open Court on January 27, 2011.

CLERK

Bail, $ _____

_____